[Civ. No. 6630. First Appellate District, Division Two.—August 5, 1929.]

THE PEOPLE, Respondent, v. FRANK PAGE et al., Defendants; NATIONAL SURETY COMPANY (a Corporation), Appellant.

Joseph L. Taaffe and John J. Taaffe for Appellant.

Matthew Brady, District Attorney, and M. L. Choynski and August L. Fourtner, Deputies District Attorney, for Respondent.

STURTEVANT, J.—In this case the information so pleaded the facts as to state a different offense under a different statute. Otherwise all of the facts are the same as those involved in *People* v. *Page, ante,* p. 252 [279 Pac. 1059].

For the reasons stated in that case the judgment is reversed.

Nourse, J., and Koford, P. J., concurred.